IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:13-00261-001

RACHELLE BRYANT

**MEMORANDUM OPINION AND ORDER**

By letter motion, defendant requested early release from her term of supervised release. (ECF No. 75). The court has considered defendant's background, her performance while on supervised release, and the recommendation of the United States Probation Office. Having done so, the court does not believe that defendant is an appropriate candidate for early termination of supervised release and **DENIES** defendant's motion.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record,, and the Probation Office of this court.

**IT IS SO ORDERED** this 30th day of June, 2017.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge